IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO. 2:17-cr-23- KS-MTP-004

MITCHELL JONES

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion to Withdraw Guilty Plea [241] filed by Mitchell Jones. The Court conducted a hearing and following the hearing entered a Bench Opinion denying the Motion to Withdraw Guilty Plea [241]. For the reasons stated in the Bench Opinion, which are incorporated herein by reference, the Court DENIES the Motion [241] to Withdraw Guilty Plea.

SO ORDERED this the ___22nd____ day of May, 2019.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE